# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jodi Anderson, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| North Dakota, et. al., | ) | Case No. 1:17-cv-045 |
| Defendant. | ) | |

The Clerk's office is directed to seal plaintiff's Proposed Civil Rights Complaint (Docket No 1-1) as it contains sensitive personal information.

**IT IS SO ORDERED.**

Dated this 8th day of March, 2017.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court